STATE OF NEW JERSEY v. KATIE MARIE DANIELS.

May 30, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD KAUP.

May 30, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. REGINALD WHITEHEAD.

May 30, 1978. Petition for certification denied.

COHEN SCHATZ ASSOCIATES, INC. v. DAVID SUCHMAN.

May 30, 1978. Petition for certification denied.

VORNADO, INC. v. POTTER.
IN THE MATTER OF
JACK DASHOSH CHARGED WITH CONTEMPT.

May 30, 1978. Petition for certification denied. (See 159 *N. J. Super.* 32)

VORNADO, INC. v. POTTER.
IN THE MATTER OF
JACK DASHOSH CHARGED WITH CONTEMPT.

May 30, 1978. Cross-Petition for certification denied. (See 159 *N. J. Super.* 32)